**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
CASTLERIGG MASTER INVESTMENTS   :
LTD.,
                                :   Civ. No. _____  **'07 CIV 9742**

         Plaintiff,             :

    -against-                   :   **RULE 7.1 STATEMENT**

CHARYS HOLDING COMPANY, INC.,   :

         Defendant.             :
------------------------------------ X

[Stamp: RECEIVED NOV 02 2007 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Castlerigg Master Investments, Ltd. (a private non-governmental entity) certifies that plaintiff is not a publicly traded company nor does it have corporate parents, affiliates and/or subsidiaries that are publicly held. Non-party Sandell Asset Management, Corp. (also a private non-governmental entity) acts as investment manager to plaintiff Castlerigg Master Investments, Ltd. Further, no publicly held corporation owns 10% or more of plaintiff's stock.

Dated: New York, New York.
November 2, 2007

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By: _____
Andrew B. Kratenstein (AK-3910)
Michael R. Huttenlocher (MH-1710)
340 Madison Avenue
New York, New York  10173-1922
(212) 547-5400

*Attorneys for Plaintiff*
*Castlerigg Master Investments Ltd.*