# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 9742

Date Filed: 11/2/2007

Plaintiff:
**CASTLERIGG MASTER INVESTMENTS LTD.**

vs.

Defendant:
**CHARYS HOLDING COMPANY, INC.**

For:
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-4613

Received these papers to be served on **CHARYS HOLDING COMPANY, INC., located at 1117 Perimeter Center West, Suite N415, Atlanta, GA 30338**.

I, Randal L. George, being duly sworn, depose and say that on the **5th day of November, 2007** at **2:04 pm**, I:

Served the above named Entity by delivering a true copy of the **Summons In A Civil Action, Rule 7.1 Statement, Civil Cover Sheet & Complaint With Exhibits 1&2** to Ray Smith, CFO, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 185, Hair: Grey, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 5th day of November, 2007 by the affiant who is personally known to me.

*[Notary signature and seal: Richard Poncinie, Cobb County, Georgia Notary Public, My Commission Expires Oct. 25, 2009]*

**Randal L. George**
Process Server

Our Job Serial Number: 2007004840
Ref: 07 CIV 9742

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j