UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CASTLERIGG MASTER INVESTMENTS LTD.,

               Plaintiff,

v.

CHARYS HOLDING COMPANY, INC.,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
07-CV-09742 (GEL)(DCF)

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time within which defendant CHARYS HOLDING COMPANY, INC. may answer or otherwise respond to the Complaint of plaintiff CASTLERIGG MASTER INVESTMENTS LTD. is extended to, and includes, December 20, 2007.

McDERMOTT, WILL & EMERY LLP

By_____
    Andrew B. Kratenstein (AK 3910)
    Michael R. Huttenlocher, Jr. (MH 1710)
340 Madison Avenue
New York, New York 10017
(212) 547-5400

Attorneys for Plaintiff
CASTLERIGG MASTER INVESTMENTS LTD.

CONDON & FORSYTH LLP

By_____
    Stephen J. Fearon (SF 8740)
    Bartholomew J. Banino (BB 4164)
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100

Attorneys for Defendant
CHARYS HOLDING COMPANY, INC.

**SO ORDERED:**

New York, New York
November 30, 2007

_____
Gerard E. Lynch, D.J.