UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CASTLERIGG MASTER INVESTMENTS LTD.,

                Plaintiff,

                v.

CHARYS HOLDING COMPANY, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
07-CV-09742 (GEL)(DCF)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant CHARYS HOLDING COMPANY, INC. ("CHARYS"), certifies that there is no parent corporation of CHARYS and no publicly held corporation holds 10% or more stock of CHARYS.

Dated: New York, New York
       December 20, 2007

                              CONDON & FORSYTH LLP

                              By_____
                                 Stephen J. Fearon (SF 8740)
                                 Bartholomew J. Banino (BB4164)
                              7 Times Square
                              New York, New York 10036
                              (212) 490-9100
                              Attorneys for Defendant
                              CHARYS HOLDING COMPANY, INC.