UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CASLTERIGG MASTER INVESTMENTS LTD.,

                Plaintiff,

      v.

CHARYS HOLDING COMPANY, INC.,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9742 (GEL) (DCF)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion: _____

     All such motions: ___

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
             December 21, 2007

*/s/ Gerard E. Lynch*
GERARD E. LYNCH
United States District Judge