UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CASLTERIGG MASTER INVESTMENTS
LTD.,

                    Plaintiff,

    -against-

CHARYS HOLDING COMPANY, INC.,

                    Defendant.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

07 Civ. 9742 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The plaintiff having requested a briefing schedule for its contemplated motion for summary judgment, it is hereby ordered that:

    1. Plaintiff's motion for summary judgment, if any, shall be filed by January 11, 2008.

    2. Defendant's opposition shall be filed by January 25, 2008.

    3. Plaintiff's reply shall be filed by February 1, 2008.

SO ORDERED:

Dated: New York, New York
       December 21, 2007

                                        _____
                                        GERARD E. LYNCH
                                        United States District Judge