# EXHIBIT 1

**Gottbetter Capital Master Ltd.**
**Convertible Preferred Stock Dividend and Special Payments Schedule**

| Issuer: | CHARYS Holding Company, Inc. |
|---|---|
| Issue Date | 4/30/2007 |
| Face Amount | $ 15,037,278 |
| Dividend Rate | 8.75% |
| Term (months) | 12 |
| Principal (months) | 12 |

| Period | Date | Beginning Principal | Accrued Interest | Interest Due |
|---:|---|---:|---:|---:|
| 0 | 5/1/2007 | $ 15,037,278 | $  - | $  - |
| 1 | 5/15/2007 | 15,037,278 | 106,366 | |
| 2 | 7/1/2007 | 14,137,278 | 103,084 | |
| 3 | 8/1/2007 | 13,331,483 | 97,209 | 306,659 |
| 4 | 9/1/2007 | 12,112,681 | 88,322 | 88,322 |
| 5 | 10/1/2007 | 10,893,878 | 79,435 | 79,435 |
| 6 | 11/1/2007 | 9,675,076 | 70,547 | 70,547 |
| 7 | 12/1/2007 | 8,456,273 | 61,660 | 61,660 |
| 8 | 1/1/2008 | 7,046,894 | 51,384 | 51,384 |
| 9 | 2/1/2008 | 5,637,515 | 41,107 | 41,107 |
| 10 | 3/1/2008 | 4,228,136 | 30,830 | 30,830 |
| 11 | 4/1/2008 | 2,818,757 | 20,553 | 20,553 |
| 12 | 4/30/2008 | 1,409,378 | 10,277 | 10,277 |

| Date | % of Interest |
|---|---:|
| 5/15/2007 | |
| 7/1/2007 | |
| 8/1/2007 | 20.1% |
| 9/1/2007 | 6.8% |
| 10/1/2007 | 6.1% |
| 11/1/2007 | 5.5% |
| 12/1/2007 | 4.2% |
| 1/1/2008 | 3.5% |
| 2/1/2008 | 2.8% |
| 3/1/2008 | 2.1% |
| 4/1/2008 | 1.4% |
| 4/30/2008 | 0.7% |

|  |  |  | $ 5,012,426 | $ 8,354,043 | $ 1,670,809 |
|---|---|---|---|---|---|
| Principal Payment | Ending Principal | Total Payment | Castlerigg | Gottbetter | UBS |
| $ - | $ 15,037,278 |  |  |  |  |
| 900,000 | 14,137,278 | 900,000 | 300,000 | 500,000 | 100,000 |
| 805,795 | 13,331,483 | 805,795 | 268,598 | 447,664 | 89,533 |
| 1,218,803 | 12,112,681 | 1,525,461 | 508,487 | 847,478 | 169,496 |
| 1,218,803 | 10,893,878 | 1,307,124 | 435,708 | 726,180 | 145,236 |
| 1,218,803 | 9,675,076 | 1,298,237 | 432,746 | 721,243 | 144,249 |
| 1,218,803 | 8,456,273 | 1,289,350 | 429,783 | 716,306 | 143,261 |
| 1,409,379 | 7,046,894 | 1,471,039 | 490,346 | 817,244 | 163,449 |
| 1,409,379 | 5,637,515 | 1,460,763 | 486,921 | 811,535 | 162,307 |
| 1,409,379 | 4,228,136 | 1,450,486 | 483,495 | 805,825 | 161,165 |
| 1,409,379 | 2,818,757 | 1,440,209 | 480,070 | 800,116 | 160,023 |
| 1,409,379 | 1,409,378 | 1,429,932 | 476,644 | 794,407 | 158,881 |
| 1,409,379 | (1) | 1,419,656 | 473,219 | 788,698 | 157,740 |

| Interest ($) | Principal Due | Remaining Principal |
|---|---|---|
|  | $300,000 | $ 4,712,426 |
|  | 268,598 | $ 4,443,828 |
| 102,220 | 406,268 | $ 4,037,560 |
| 29,441 | 406,268 | $ 3,631,293 |
| 26,478 | 406,268 | $ 3,225,025 |
| 23,516 | 406,268 | $ 2,818,758 |
| 20,553 | 469,793 | $ 2,348,965 |
| 17,128 | 469,793 | $ 1,879,172 |
| 13,702 | 469,793 | $ 1,409,379 |
| 10,277 | 469,793 | $ 939,586 |
| 6,851 | 469,793 | $ 469,793 |
| 3,426 | 469,793 | $ (0) |