# EXHIBIT 4



**McDermott Will & Emery**

Sandell Asset Management
Attention: Rick Gashler
40 West 57th Street
New York, NY 10019

**Invoice**
340 Madison Avenue
New York, NY 10173-1922
212.547.5400

Client: 075266
Invoice: 1828741
Invoice Date: 01/16/2008

## Remittance Copy
### Billing for services rendered through 12/31/2007

0022 Charys Default Litigation

| | |
|---|---|
| Total Services | $ 9,898.75 |
| Total Costs and Other Charges Posted Through Billing Period | 25.80 |
| **Total This Invoice** | **$ 9,924.55** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #:
Account #:

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – New York
P.O. Box 7247-6755
Philadelphia, PA 19170-6755

Tax Identification #:
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.
Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

**McDermott Will & Emery**

Sandell Asset Management
Attention: Rick Gashler
40 West 57th Street
New York, NY 10019

Invoice
340 Madison Avenue
New York, NY 10173-1922
212.547.5400

Client:       075266
Invoice:      1828741
Invoice Date: 01/16/2008

## Client Copy
### Billing for services rendered through 12/31/2007

0022 Charys Default Litigation

| | |
|---|---|
| Total Services | $ 9,898.75 |
| Total Costs and Other Charges Posted Through Billing Period | 25.80 |
| **Total This Invoice** | **$ 9,924.55** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #:
Account #:

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – New York
P.O. Box 7247-6755
Philadelphia, PA 19170-6755

Tax Identification #:
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.
Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

340 Madison Avenue
New York, NY 10173-1922
212.547.5400

01/16/2008

Invoice: 1828741
Client: 075266

Sandell Asset Management
Attention: Rick Gashler
40 West 57th Street
New York, NY 10019

For Services Rendered in Connection with:

Matter: 0022          Charys Default Litigation

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/04/07 | M. Huttenlocher | 0.50 | Drafting communication with opposing counsel regarding initial pre-trial conference. Drafting communication to client regarding ▇▇▇. |
| 12/10/07 | A. Kratenstein | 0.50 | Revision of case management plan. |
| 12/12/07 | M. Huttenlocher | 0.25 | Drafting correspondence with opposing counsel. |
| 12/13/07 | R. Candella | 1.00 | Ascertained case information/obtained entire Gottbetter v. Charys SUP/NY file (M. Huttenlocher & A. Kratenstein). |
| 12/13/07 | M. Huttenlocher | 1.00 | Preliminary conference call with opposing counsel. Revising case management plan. |
| 12/13/07 | A. Kratenstein | 0.50 | Call with opposing counsel and M. Huttenlocher regarding schedule and email regarding same. |
| 12/14/07 | M. Huttenlocher | 0.50 | Reviewing documents related to scheduling. Conversation with client regarding ▇▇▇. |
| 12/17/07 | M. Huttenlocher | 2.00 | Attending to matters regarding discovery. Reviewing case management plan. |
| 12/19/07 | M. Huttenlocher | 1.00 | Reviewing Charys' public financial disclosures. |
| 12/20/07 | B. Schwab | 1.00 | Delivered courtesy copies of pleadings to chambers. |
| 12/20/07 | M. Huttenlocher | 3.00 | Reviewing Charys' answer to the complaint. Reviewing documents related to the default. Preparing certain documents for the Rule 16 conference. |
| 12/20/07 | A. Kratenstein | 2.25 | Review answer. Preparation for scheduling conference. Draft letter to court enclosing courtesy copies of pleadings. |
| 12/21/07 | M. Huttenlocher | 2.50 | Attending scheduling conference in matter. Drafting motion for summary judgment. |
| 12/21/07 | A. Kratenstein | 2.50 | Prepare for scheduling conference and attend scheduling |



# McDermott Will & Emery

Sandell Asset Management

Client: 075266
Invoice: 1828741
Invoice Date: 01/16/2008

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | conference. Email regarding scheduling. |
| 12/31/07 | M. Huttenlocher | 4.50 | Drafting summary judgment motion and accompanying papers. |

| | Total Hours | 23.00 | Total For Services | $9,898.75 |

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Photocopy | 21.00 |
| Postage | 0.80 |
| Transportation/Parking | 4.00 |
| Total Costs and Other Charges | $25.80 |
| Total This Invoice | $9,924.55 |





# McDermott Will & Emery

340 Madison Avenue
New York, NY 10173-1922
212.547.5400

Sandell Asset Management
Invoice: 1828741

01/16/08

### Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0022  Charys Default Litigation | 23.00 | 9,898.75 | 25.80 | 0.00 | 9,924.55 |

U.S. practice conducted through McDermott Will & Emery LLP.