# EXHIBIT 5

2/1/2008
11:59 AM

# McDermott Will & Emery
## Time/Cost Detail Report

Page: 1
Req'd By: EHerrera

Date Range: 12/20/2007 to 1/31/2008

**Detailed Time Section**

Client: 075266  Sandell Asset Management          Matter: 0022  Charys Default Litigation          Attorney: Older, Stephen E.          Status: WIP

| Date | Attorney | Base Hours | Base Amount | Action Code | Bill Num | Description | Time ID |
|---|---|---|---|---|---|---|---|
| 1/2/2008 | Huttenlocher, Michael R. | 6.50 | 2,437.50 | A | | Drafting motion for summary judgment and accompanying papers. | 24160894 |
| 1/3/2008 | Huttenlocher, Michael R. | 6.00 | 2,250.00 | A | | Drafting summary judgment papers and accompanying documents. | 24160896 |
| 1/4/2008 | Huttenlocher, Michael R. | 2.25 | 843.75 | A | | Drafting motion for summary judgment and accompanying documents. | 24161319 |
| 1/4/2008 | Kratenstein, Andrew B. | 2.00 | 1,280.00 | A | | Revise summary judgment papers. | 24160483 |
| 1/7/2008 | Older, Stephen E. | 2.00 | 1,550.00 | A | | Review litigation papers. | 24163087 |
| 1/7/2008 | Kratenstein, Andrew B. | 2.50 | 1,600.00 | A | | Revise summary judgment papers. | 24161631 |
| 1/7/2008 | Huttenlocher, Michael R. | 8.00 | 3,000.00 | A | | Reviewing, drafting and editing summary judgment papers. Communications with the client. | 24161323 |
| 1/8/2008 | Huttenlocher, Michael R. | 2.00 | 750.00 | A | | Reviewing cases cited in brief for summary judgment. | 24163608 |
| 1/9/2008 | Kratenstein, Andrew B. | 0.50 | 320.00 | A | | Call with Magistrate's clerk regarding mediation and emails regarding same. | 24163738 |
| 1/10/2008 | Older, Stephen E. | 0.50 | 387.50 | A | | Review SJ papers. | 24165458 |
| 1/10/2008 | Kratenstein, Andrew B. | 0.25 | 160.00 | A | | Revision of summary judgment papers. | 24163746 |
| 1/10/2008 | Huttenlocher, Michael R. | 1.50 | 562.50 | A | | Conference with client regarding summary judgment papers. Revising and editing summary judgment papers. | 24163609 |
| 1/11/2008 | Kratenstein, Andrew B. | 0.25 | 160.00 | A | | Revision of summary judgment papers. | 24164693 |
| 1/11/2008 | Huttenlocher, Michael R. | 3.00 | 1,125.00 | A | | Finalizing and filing summary judgment papers. | 24164471 |
| 1/14/2008 | Kratenstein, Andrew B. | 0.25 | 160.00 | A | | Call with Magistrate's law clerk and opposing counsel regarding mediation and email regarding same. | 24165425 |
| 1/17/2008 | Kratenstein, Andrew B. | 0.25 | 160.00 | A | | Review of ▇▇▇ and conference with M. Huttenlocher regarding same. | 24168613 |
| 1/18/2008 | Huttenlocher, Michael R. | 1.00 | 375.00 | A | | Drafting letter to magistrate regarding mediation. | 24170260 |
| 1/22/2008 | Huttenlocher, Michael R. | 3.00 | 1,125.00 | A | | Drafting letter to magistrate judge regarding mediation. Researching issues related to ▇▇▇ | 24170354 |
| 1/25/2008 | Huttenlocher, Michael R. | 0.75 | 281.25 | A | | Reviewing Charys's opposition papers regarding summary judgment. | 24172705 |

Report: MWETM12.RPT

2/1/2008
11:59 AM

McDermott Will & Emery
Time/Cost Detail Report

Page: 2
Req'd By: EHerrera

Status: WIP

Date Range: 12/20/2007 to 1/31/2008

### Detailed Time Section

**Client:** 075266   Sandell Asset Management    **Matter:** 0022   Charys Default Litigation    **Attorney:** Older, Stephen E.

| Date | Attorney | Base Hours | Base Amount | Action Code | Bill Num | Description | Time ID |
|---|---|---|---|---|---|---|---|
| 1/25/2008 | Kratenstein, Andrew B. | 0.50 | 320.00 | A | | Review Charys's opposition to motion for summary judgement. Conference with M. Huttenlocher regarding same and draft email to client regarding same. | 24172010 |
| 1/28/2008 | Huttenlocher, Michael R. | 9.00 | 3,375.00 | A | | Drafting reply papers. Researching issues related to reply papers. | 24172706 |
| 1/29/2008 | Huttenlocher, Michael R. | 8.50 | 3,187.50 | A | | Drafting and editing reply papers. Researching issues related to reply papers. | 24174420 |
| 1/29/2008 | Kratenstein, Andrew B. | 1.00 | 640.00 | A | | Revision of summary judgment reply brief and declaration. | 24173940 |
| 1/30/2008 | Kratenstein, Andrew B. | 3.50 | 2,240.00 | A | | Revision of reply papers in support of summary judgment motion. | 24174692 |
| 1/30/2008 | Huttenlocher, Michael R. | 6.00 | 2,250.00 | A | | Drafting and editing reply papers. Researching Issues related to reply papers. Meeting with A. Kratenstein regarding same. | 24174421 |
| 1/31/2008 | Kratenstein, Andrew B. | 1.25 | 800.00 | A | | Revision of summary judgment reply papers and conferences with M. Huttenlocher regarding same. | 24175766 |
| 1/31/2008 | Huttenlocher, Michael R. | 2.50 | 937.50 | A | | Drafting and editing summary judgment reply. Communications with client regarding summary judgment. | 24175696 |

**Matter Time Totals:** 74.75   $32,277.50

### Detailed Cost Section

**Client:** 075266   Sandell Asset Management    **Matter:** 0022   Charys Default Litigation    **Attorney:** Older, Stephen E.

| Date | Attorney | Base Amount | Cost Code | Description | Disb ID |
|---|---|---|---|---|---|
| 12/20/2007 | Huttenlocher, Michael R. | 77.27 | LEXIS | Computer Research Computer Research, HUTTENLOCHER, MICHAEL | 25183186 |
| 1/1/2008 | Kratenstein, Andrew B. | 0.64 | COMPR | Computer Research Pacer Service Center - Billing Cycle: 10/1/07 - 12/31/07, Invoice Date: 1/7/08 | 25249578 |

# McDermott Will & Emery
## Time/Cost Detail Report

Date Range: 12/20/2007 to 1/31/2008

Page: 3
Req'd By: EHerrera
Status: WIP

### Detailed Cost Section

Client: 075266   Sandell Asset Management       Matter: 0022   Charys Default Litigation   Attorney: ▓▓▓   Older, Stephen E.

| Date | Attorney | Base Amount | Cost Code | Description | Disb ID |
|---|---|---|---|---|---|
| 1/1/2008 | Huttenlocher, Michael R. | 0.48 | COMPR | Computer Research Pacer Service Center - Billing Cycle: 10/1/07 - 12/31/07, Invoice Date: 1/7/08 | 25249517 |
| 1/1/2008 | Rubinstein, Joel L. | 0.96 | COMPR | Computer Research Pacer Service Center - Billing Cycle: 10/1/07 - 12/31/07, Invoice Date: 1/7/08 | 25249485 |

Matter Cost Totals: 79.35

### Working Attorney Section (Time)

Client: 075266   Sandell Asset Management       Matter: 0022   Charys Default Litigation   Attorney: ▓▓▓   Older, Stephen E.

| Attorney | Base Hours | Base Amount | Base Hourly Rate |
|---|---|---|---|
| Huttenlocher, Michael R. | 60.00 | 22,500.00 | 375.00 |
| Kratenstein, Andrew B. | 12.25 | 7,840.00 | 640.00 |
| Older, Stephen E. | 2.50 | 1,937.50 | 775.00 |

Fees Totals: 74.75   $32,277.50

Report: MWETMI2.RPT

2/1/2008
11:59 AM

# McDermott Will & Emery
## Time/Cost Detail Report

Page: 4
Req'd By: EHerrera

Date Range: 12/20/2007 to 1/31/2008

Status: WIP

**Working Attorney Section (Cost)**

Client: 075266    Sandell Asset Management    Matter: 0022    Charys Default Litigation    ■ Older, Stephen E.

| Attorney | Base Amount |
|---|---|
| Hutteniocher, Michael R. | 77.75 |
| Kratenstein, Andrew B. | 0.64 |
| Rubinstein, Joel L. | 0.96 |
| **Cost Totals:** | **$79.35** |

Report Start: 02/01/08    11:59 AM
Report end: 2/1/2008    11:59 AM
Elapsed: 00:00:04

Report: _MWETM12.RPT