# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                      ) ss:
COUNTY OF NEW YORK  )

      Samia Flecha, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Weehawken, New Jersey. That on the 19th day of February, 2008 deponent served the within **NOTICE OF BANKRUPTCY** upon:

Andrew B. Kratenstein, Esq.
Michael R. Huttenlocher, Jr. Esq.
McDermott, Will & Emery LLP
340 Madison Avenue
New York, New York 10017
*Attorneys for Plaintiff*
CASTLERIGG MASTER INVESTMENTS, LTD.

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                           Samia Flecha

Sworn to before me this
19th day of February, 2008

_____
Notary Public

BARTHOLOMEW J. BANINO
Notary Public, State of New York
No. 02BA6015873
Qualified in Westchester County
Commission Expires November 9, 2010