UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CASLTERIGG MASTER INVESTMENTS LTD.,

                Plaintiff,

   -against-

CHARYS HOLDING COMPANY, INC.,

                Defendant.
-----------------------------------------------------------x

GOTTBETTER CAPITAL MASTER, LTD,

                Plaintiff,

   -against-

CHARYS HOLDING COMPANY, INC.,

                Defendant.
-----------------------------------------------------------x

07 Civ. 9742 (GEL)

**ORDER**

07 Civ. 11374 (GEL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

GERARD E. LYNCH, District Judge:

      The Court has been informed that Charys Holding Company, Inc., has recently filed for bankruptcy. Pursuant to 11 U.S.C. § 362(a)(1), the filing of a bankruptcy petition operates as a stay applicable to all actions "to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case." Therefore Castlerigg's and Gottbetter's actions against Charys are automatically stayed pending the resolution of the bankruptcy proceedings.

SO ORDERED.

Dated: New York, New York
       February 25, 2008

                                              GERARD E. LYNCH
                                           United States District Judge